UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:08-CR-57 |
| | ) | |
| JOSHUA TALLEY | ) | |

## ORDER RESCHEDULING JUDGMENT

The sentencing hearing is **RESCHEDULED** to commence at **9:00 a.m., Thursday, November 20, 2008**, before the United States District Judge, in the third floor courtroom, 900 Georgia Avenue, Chattanooga, Tennessee.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**